**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__   District of __New York__
                                   (State)

Case number (*If known*): _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual                                12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

---

**Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed**

1. **Chapter of the Bankruptcy Code**

    *Check one:*

    ☐ Chapter 7
    ☒ Chapter 11

---

**Part 2: Identify the Debtor**

2. **Debtor's name**

    Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☒ Unknown

    __ __ – __ __ __ __ __ __ __
    EIN

5. **Debtor's address**

    | Principal place of business | Mailing address, if different |
    |---|---|
    | Avenida   Insurgentes Sur No 730 | 28   Liberty Street |
    | Number   Street | Number   Street |
    | Piso 20, Colonia Del Valle, C.P. | CT Corporation System (Authorized Agent) |
    |  | P.O. Box |
    | Mexico City   D.F.Mexico 03103 | New York   NY 10005-1400 |
    | City   State   ZIP Code | City   State   ZIP Code |
    |  |  |
    | _____ | **Location of principal assets, if different from principal place of business** |
    | County | Number   Street |
    |  | City   State   ZIP Code |

---

Official Form 205                        Involuntary Petition Against a Non-Individual                        page 1

Debtor    Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.                    Case number (*if known*)_____
           <u>Name</u>

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | https://www.creal.mx/ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known _____ |
| | |                                     MM / DD / YYYY |
| | |     Debtor _____ Relationship _____ |
| | |     District _____ Date filed _____ Case number, if known _____ |
| | |                                       MM / DD / YYYY |

**Part 3:    Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☐ No |
| | | ☑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
Name

Case number (*if known*)_____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Institutional Multiple Investment Fund LLC | unsecured bond debt | $ 1,050,000.00 |
| Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero | unsecured bank debt | $ 2,000,000.00 |
| Solitaire Fund | unsecured bond debt | $ 5,000,000.00 |
| | Total of petitioners' claims | $ 8,050,000.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

Institutional Multiple Investment Fund LLC
Name

60 State Street
Number    Street

Boston        MA        02114
City          State     ZIP Code

**Name and mailing address of petitioner's representative, if any**

Kenneth J. Monaghan
Name

Amundi Asset Management US, Inc., 280 S. Mangum #301
Number    Street

Durham        NC        27701
City          State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/22/2022
            MM / DD / YYYY

✗ /s/ Kenneth J. Monaghan, Managing Director of investment adviser to petitioner
Signature of petitioner or representative, including representative's title

**Attorneys**

David H. Botter
Printed name

Akin Gump Strauss Hauer & Feld LLP
Firm name, if any

One Bryant Park
Number    Street

New York       NY        10036
City           State     ZIP Code

Contact phone  (212) 872-1000   Email  dbotter@akingump.com

Bar number  2351260

State  New York

✗ /s/ David H. Botter
Signature of attorney

Date signed  06/22/2022
            MM / DD / YYYY

Debtor    Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.
        Name

Case number (*if known*) _____

---

**Name and mailing address of petitioner**

Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero
Name

Avenida Paseo de la Reforma 284
Number    Street

Mexico City    Mexico    06600
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jacobo G. Martinez Flores
Name

Avenida Paseo de la Reforma 284
Number    Street

Mexico City    Mexico    06600
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/22/2022
           MM / DD / YYYY

✖ /s/ Jacobo G. Martinez Flores, General Counsel and Attorney in Fact
Signature of petitioner or representative, including representative's title

---

David H. Botter
Printed name

Akin Gump Strauss Hauer & Feld LLP
Firm name, if any

One Bryant Park
Number    Street

New York    NY    10036
City    State    ZIP Code

Contact phone    (212) 872-1000    Email    dbotter@akingump.com

Bar number    2351260

State    New York

✖ /s/ David H. Botter
Signature of attorney

Date signed    06/22/2022
           MM / DD / YYYY

---

**Name and mailing address of petitioner**

Solitaire Fund
Name

Aeulestrasse 6
Number    Street

Vaduz    Liechtenstein    9490
City    State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

Dr. Martin Jonasch and Lisa Saleteg, VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund
Name

Aeulestrasse 6
Number    Street

Vaduz    Liechtenstein    9490
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    06/22/2022
           MM / DD / YYYY

✖ /s/ Dr. Martin Jonasch, /s/ Lisa Saleteg, VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund
Signature of petitioner or representative, including representative's title

---

David H. Botter
Printed name

Akin Gump Strauss Hauer & Feld LLP
Firm name, if any

One Bryant Park
Number    Street

New York    NY    10036
City    State    ZIP Code

Contact phone    (212) 872-1000    Email    dbotter@akingump.com

Bar number    2351260

State    New York

✖ /s/ David H. Botter
Signature of attorney

Date signed    06/22/2022
           MM / DD / YYYY

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

## DECLARATION OF KENNETH J. MONAGHAN ON BEHALF OF INSTITUTIONAL MULTIPLE INVESTMENT FUND LLC PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, Kenneth J. Monaghan declares as follows:

1. I make this declaration on behalf of Institutional Multiple Investment Fund LLC ("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "Debtor"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I am the Managing Director of Amundi Asset Management US, Inc., the investment adviser to the Petitioning Creditor.

3. Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $1,050,000.00 based upon certain of its holdings of 8% Senior Unsecured Notes due 2028 ("Notes"). Petitioning Creditor's holdings of Notes that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on January 11, 2021, as reflected in the attached document.

4. Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5. Petitioning Creditor did not purchase the Notes for the purpose of commencing this case under the Bankruptcy Code.

6. Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing the Bankruptcy Case.

7. Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2022 at Durham, North Carolina.

By: */s/ Kenneth J. Monaghan*
Kenneth J. Monaghan
Managing Director of
Amundi Asset Management US, Inc.,
Investment Adviser to Petitioning Creditor

TRANSACTIONS - INST

Transaction Type: INST

Begin Date: 05/01/202  End Date: +1D

Transactions

| Instrument Group | Instrument Type | Instrument | Instrument Price (trans) | Instrument Quantity (trans) | Manager (trans) | Settle Date (trans) | Settlement Currency (trans) | Strategy Name (trans) | Taxes Fee (trans) | Transaction State (trans) | Transaction Type Name (trans) | Creation Date (trans) | Transaction Date (trans) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| INSTITUTIONAL MULTIPLE INVESTMENT FD LLC | | | | 1,450.000 | | | USD | Core | | | | | |
| CREAL 8% 01/28 144A | | | 100 | 1,450.000 | | | USD | Core | | | | | |
| BUY | | | 100 | 1,250.000 | LEAHY FIONN | 01/21/2021 | USD | Core | 0 | Op. sasie | BUY | 01/12/2021 | 01/12/2021 |
| SELL | | | 73 | 200.000 | FELTUS ANDREW | 11/15/2021 | USD | Core | 0 | Op. sasie | SELL | 11/10/2021 | 11/10/2021 |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT OF
## <u>INSTITUTIONAL MULTIPLE INVESTMENT FUND LLC</u>

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Institutional Multiple Investment Fund LLC (the "<u>Petitioner</u>"), states that it is a limited liability company organized under the laws of the State of Delaware. To the best of Petitioner's knowledge, no publicly held corporation owns 10% or more of its equity interests.

### <u>Declaration Under Penalty of Perjury</u>

I, the undersigned authorized representative of Institutional Multiple Investment Fund LLC, a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 22, 2022

By: */s/ Kenneth J. Monaghan*
     Kenneth J. Monaghan
     Managing Director of
     Amundi Asset Management US, Inc.,
     Investment Adviser to Petitioning Creditor

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

### DECLARATION OF JACOBO G. MARTINEZ FLORES ON BEHALF OF BANCO MONEX, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, MONEX GRUPO FINANCIERO PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)

Pursuant to 28 U.S.C. § 1746, Jacobo G. Martinez Flores declares as follows:

1. I make this declaration on behalf of Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero ("Petitioning Creditor") in the above-captioned involuntary chapter 11 case (the "Bankruptcy Case") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "Debtor"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I am the General Counsel and Attorney In Fact of Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero.

3. Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $2,000,000.00 based upon certain of its holdings of term loans under that certain Credit Agreement dated as of August 2, 2019, among Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. as borrower, the lenders party thereto, Credit Suisse AG, Cayman Islands Branch as Administrative Agent and Credit Suisse Securities (USA) LLC as lead arranger (the "Loans"). Petitioning

Creditor's holdings of Loans that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on August 2, 2019.

4. Petitioning Creditor also holds claims for accrued but unpaid interest on the Loans that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5. Petitioning Creditor did not purchase the Loans for the purpose of commencing this case under the Bankruptcy Code.

6. Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 22nd day of June, 2022.

By: _____
Jacobo G. Martinez Flores
General Counsel and Attorney In Fact
Banco Monex, S.A., Institución De Banca
Múltiple, Monex Grupo Financiero

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br><br>Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

**CORPORATE OWNERSHIP STATEMENT OF BANCO MONEX, S.A., INSTITUCIÓN DE BANCA MÚLTIPLE, MONEX GRUPO FINANCIERO**

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero (the "Petitioner"), states that it is a credit institution organized under the laws of Mexico with jurisdiction in Mexico City, Mexico. To the best of Petitioner's knowledge, the following corporations directly or indirectly own 10% or more of its equity interests: Monex, S.A.B. de C.V. and Monex Grupo Financiero, S.A. de C.V.

**Declaration Under Penalty of Perjury**

I, the undersigned authorized representative of Banco Monex, S.A., Institución De Banca Múltiple, Monex Grupo Financiero, a Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 22, 2022

By: _____
Jacobo G. Martinez Flores
General Counsel and Attorney In Fact
Banco Monex, S.A., Institución De Banca
Múltiple, Monex Grupo Financiero

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>_____ Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

**DECLARATION OF VP Fund Solutions (Liechtenstein) AG as management company of Solitaire Fund <u>PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 1003(a)</u>**

Pursuant to 28 U.S.C. § 1746, VP Fund Solutions (Liechtenstein) AG declares as follows:

1. I make this declaration on behalf of Solitaire Fund ("<u>Petitioning Creditor</u>") in the above-captioned involuntary chapter 11 case (the "<u>Bankruptcy Case</u>") filed by Petitioning Creditor and other petitioning creditors against Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. (the "<u>Debtor</u>"). I am fully familiar with the facts set forth herein either through my own personal knowledge or through a review of documents related to Petitioning Creditor's claims against the Debtor. If called to testify in connection with the Bankruptcy Case, the following would constitute my testimony.

2. I am the Authorized Signatory of VP Fund Solutions (Liechtenstein) AG, the management company of the Petitioning Creditor.

3. Petitioning Creditor holds claims against Debtor in the aggregate principal amount of at least $ 5,000,000 based upon certain of its holdings of 8% Senior Unsecured Notes due January 2028 ("<u>Notes</u>"). Petitioning Creditor's holdings of Notes that are being relied upon for the purpose of satisfying the requirement of 11 U.S.C. § 303(b)(1) were acquired on June 22, 2021,

October 5, 2021, December 17, 2021, February 11, 2022, and February 15, 2022, as reflected in the attached document.

4. Petitioning Creditor also holds claims for accrued but unpaid interest on the Notes that are being relied upon for the purpose of satisfying the requirements of 11 U.S.C. § 303(b)(1), plus applicable fees, costs and other charges.

5. Petitioner did not purchase the Notes for the purpose of commencing this case under the Bankruptcy Code.

6. Petitioning Creditor acquired its claims on the open market for investment purposes and not for the purpose of commencing the Bankruptcy Case.

7. Petitioning Creditor may also hold other claims against Debtor based upon its holdings of other securities or debt instruments of Debtor.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of June, 2022.

By: _____
VP Fund Solutions (Liechtenstein) AG
[Authorized Signatory]

**VP Bank AG**
Aeulestrasse 6 · 9490 Vaduz · Liechtenstein · T +423 235 66 55 · F +423 235 65 00
info@vpbank.com · www.vpbank.com · MwSt.-Nr. 51.263 · Reg.-Nr. FL-0001.007.080-0



Solitaire Global Bond Fund
Aeulestrasse 6
9490 Vaduz

Vaduz, 14.06.2022
SEP/jeh

**CONFIRMATION**

Dear Sir or Madam

We herewith confirm that we hold

-5'000'000-     8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028     USP32506AE09

and Solitaire Global Bond Fund is the beneficial owner of it.

Furthermore, we hereby confirm the following purchase orders placed and booked:

-1'000'000-     8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028     USP32506AE09
trade date: 22.06.2021

-1'000'000-     8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028     USP32506AE09
trade date: 22.06.2021

-1'000'000-     8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028     USP32506AE09
trade date: 05.10.2021

-1'000'000-     8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028     USP32506AE09
trade date: 17.12.2021

-1'000'000-     8% Credito Real SAB de CV SOFOM ER 2021-21.01.2028     USP32506AE09
trade date: 11.02.2022

Yours faithfully,

VP Bank AG

Handy Jenni                           Gina Sprecher

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>_____ Alleged Debtor. | Chapter 11<br><br>Case No. 22-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT OF SOLITAIRE FUND

Pursuant to Rules 1010(b) and 7007.1 of the Federal Rules of Bankruptcy Procedure, and Rules 1010-1 and 7007.1-1 of the Local Bankruptcy Rules for the Southern District of New York, petitioner Solitaire Fund (the "Petitioner"), states that it is a collective trusteeship that is structured as an umbrella investment fund with one or more sub-funds organized under the laws of Liechtenstein. To the best of Petitioner's knowledge, no publicly held corporation owns 10% or more of its equity interests.

### Declaration Under Penalty of Perjury

We, the undersigned authorized representatives of VP Fund Solutions (Liechtenstein) AG, management company of the Petitioner in this case, declare under penalty of perjury that I have reviewed the "Corporate Ownership Statement" and that it is true and correct to the best of my knowledge, information and belief, with reliance on appropriate corporate officers.

Dated: June 20th, 2022

By: VP Fund Solutions (Liechtenstein) AG
(Dr. Martin Jonasch / Lisa Saleteg)

Title: Authorized Signatory