WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
J. Christopher Shore
Philip M. Abelson

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (*pro hac vice* pending)
Jason N. Zakia (*pro hac vice* pending)
Jesse Green (*pro hac vice* pending)

*Attorneys for the Putative Debtor*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) Involuntary Case No. 22-10842 (DSJ) |
| | ) |
| Putative Debtor. | ) **Re: Docket Nos. 5 and 6** |
| | ) |

## NOTICE OF HEARING ON (I) MOTION OF THE PUTATIVE DEBTOR TO DISMISS THE INVOLUNTARY CHAPTER 11 PETITION AND (II) MOTION OF THE PUTATIVE DEBTOR TO TRANSFER VENUE OF THE INVOLUNTARY CHAPTER 11 CASE TO THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

**PLEASE TAKE NOTE** that on July 14, 2022, Crédito Real, S.A.B. de C.V., SOFOM, E.N.R., the putative debtor (the "**Putative Debtor**") in the above-captioned involuntary chapter 11 case (the "**Involuntary Case**") filed the *Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition* ("**Motion to Dismiss**") [D.I. 5] and *Motion of the Putative Debtor*

---

[1] The Putative Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

*to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware* ("**Motion to Transfer**") [D.I. 6].

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion to Dismiss and the Motion to Transfer (the "**Hearing**") has been scheduled for **August 2, 2022, at 10:00 a.m. (Prevailing Eastern Time)** before the Honorable David S. Jones, United States Bankruptcy Judge, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004-1408 (the "**Bankruptcy Court**"); *provided* that, pursuant to General Order M-543, dated March 20, 2020 (Morris, C.J.) ("**General Order M-543**"), such Hearing shall be conducted **via Zoom for Government** so long as General Order M-543 is in effect or unless otherwise ordered by the Bankruptcy Court.[2]

**PLEASE TAKE FURTHER NOTICE** that parties wishing to participate in the Hearing are required to register their appearance by **4:00 p.m. (Prevailing Eastern Time) the day before the Hearing** at https://ecf.nysb.uscourts.gov/cgi-bin/nysbAppearances.pl.

**PLEASE TAKE FURTHER NOTICE** that any responses or objections (the "**Objections**") to the Motion to Dismiss and/or the Motion to Transfer Venue must do so in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the Bankruptcy Court, and such response or objection must be in writing and set forth the basis therefor. Any such response or objection must be filed electronically with the Bankruptcy Court in accordance with General Order M-399 and the Court's Procedures for the Filing, Signing and Verification of Documents by Electronic Means (copies of each of which may be viewed on the Court's website at www.nysb.uscourts.gov) and shall be served upon counsel to the Putative

---

[2] A copy of General Order M-543 can be obtained by visiting http://www.nysb.uscourts.gov/news/court-operations-under-exigent-circumstances-createdcovid-19.

Debtor, White & Case LLP, 1221 Avenue of the Americas, New York, New York 10020-1095 (Attn: John K. Cunningham (jcunningham@whitecase.com), Jason N. Zakia (jzakia@whitecase.com), Richard S. Kebrdle (rkebrdle@whitecase.com), and Jesse Green (jgreen@whitecase.com)), **so as to be received by 4:00 p.m. (Prevailing Eastern Time) on or before July 26, 2022 at 4:00 p.m. (Prevailing Eastern Time)** with a courtesy copy served upon the Chambers of the Honorable Judge David S. Jones (jones.chambers@nysb.uscourts.gov).

**PLEASE TAKE FURTHER NOTICE** that if no response or objection is timely filed and served as provided above, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be adjourned from time to time without further notice other than an announcement in open court, or a notice of adjournment filed with the Bankruptcy Court, of the adjourned date or dates at the hearing or any other further adjourned hearing.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: July 14, 2022 | Respectfully submitted, |

/s/ *John K. Cunningham*

**WHITE & CASE LLP**
John K. Cunningham
J. Christopher Shore
Philip M. Abelson
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jcunningham@whitecase.com
cshore@whitecase.com
philip.abelson@whitecase.com

Richard S. Kebrdle (*pro hac vice* pending)
Jason N. Zakia (*pro hac vice* pending)
Jesse Green (*pro hac vice* pending)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
rkebrdle@whitecase.com
jzakia@whitecase.com
jgreen@whitecase.com

*Counsel to the Putative Debtor*