Case 312668:

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
### Bankruptcy Petition #: 22−10842−dsj

*Date filed:* 06/22/2022

*Assigned to:* Judge David S Jones
Chapter 11
Involuntary
Claims Register

| | |
|---|---|
| *Debtor*<br>**Credito Real, S.A.B. de C.V., SOFOM, E.N.R.**<br>28 Liberty Street<br>CT Corporation System (Authorized Agent)<br>New York, NY 10005−1400<br>OUTSIDE U. S.<br>Tax ID / EIN: 00−0000000 | represented by **Philip Abelson**<br>White & Case<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212−819−8903<br>Email: philip.abelson@whitecase.com<br><br>**John K. Cunningham**<br>White & Case, LLP<br>200 South Biscayne Boulevard<br>Suite 4900<br>Miami, FL 33131<br>(305) 995−5252<br>Fax : (305) 358−5744<br>Email: jcunningham@whitecase.com<br><br>**Richard Kebrdle**<br>White & Case LLP<br>200 South Biscayne Blvd.<br>Suite 4900<br>Miami, FL 33131<br>305−371−2700<br>Email: rkebrdle@whitecase.com<br><br>**Jason Zakia**<br>White & Case LLP<br>111 S. Wacker Drive<br>Suite 5100<br>Chicago, IL 33130<br>305−925−4795<br>Email: jzakia@whitecase.com |
| *Petitioning Creditor*<br>**Institutional Multiple Investment Fund LLC**<br>60 State Street<br>Boston, MA 02114 | represented by **David H Botter**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>New York, NY 10036<br>(212) 872−1000<br>Email: dbotter@akingump.com<br>*LEAD ATTORNEY*<br><br>**David H. Botter**<br>Akin, Gump, Strauss, Hauer & Feld, LLP<br>One Bryant Park<br>New York, NY 10036<br>212−872−1000<br>Fax : 212−872−1002 |

Email: dbotter@akingump.com

*Petitioning Creditor*
**Banco Monex, S.A., Institucion De Banca Multiple, Monex Grupo Financiero**
Avenida Paseo de la Reforma 284
Mexico City, Mexico 06600

represented by **David H Botter**
(See above for address)
*LEAD ATTORNEY*

**David H. Botter**
(See above for address)

*Petitioning Creditor*
**Solitaire Fund**
Aeulestrasse 6
Vaduz, Liechtenstein 9490

represented by **David H Botter**
(See above for address)
*LEAD ATTORNEY*

**David H. Botter**
(See above for address)

*U.S. Trustee*
**United States Trustee**
Office of the United States Trustee
U.S. Federal Office Building
201 Varick Street, Room 1006
New York, NY 10014
(212) 510–0500

| **Filing Date** | **#** | | **Docket Text** |
|---|---|---|---|
| 06/22/2022 | | 1 | Involuntary Petition Against A Non–Individual (Chapter 11) (Fee Amount $ 1738.) Against: Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. Filed by Petitioning Creditor(s): Institutional Multiple Investment Fund LLC (attorney David H Botter), Banco Monex, S.A., Institucion De Banca Mltiple, Monex Grupo Financiero (attorney David H Botter), Solitaire Fund (attorney David H Botter). (Botter, David) Modified on 6/23/2022 (Porter, Minnie). (Entered: 06/22/2022) |
| 06/22/2022 | | | Receipt of Involuntary Petition (Chapter 11)( 22–10842) [misc,1469] (1738.00) Filing Fee. Receipt number A15813949. Fee amount 1738.00. (Re: Doc # 1) (U.S. Treasury) (Entered: 06/22/2022) |
| 06/23/2022 | | | Judge David S Jones added to the case. (Porter, Minnie). (Entered: 06/23/2022) |
| 06/23/2022 | | 2 | Summons To Debtor In Involuntary Case (Ramos, Jonathan). (Entered: 06/23/2022) |
| 06/23/2022 | | 3 | Summons Service Executed on Credito Real, S.A.B. de C.V., SOFOM, E.N.R. Answer Due: 07/14/2022.*Affidavit of Service* (related document(s)2, 1) Filed by David H. Botter on behalf of Banco Monex, S.A., Institucion De Banca Multiple, Monex Grupo Financiero ; Institutional Multiple Investment Fund LLC ; Solitaire Fund. (Botter, David) (Entered: 06/23/2022) |
| 07/05/2022 | | 4 | Notice of Appearance filed by Francisco Vazquez on behalf of The Bank Of New York Mellon. (Vazquez, Francisco) (Entered: 07/05/2022) |
| 07/14/2022 | | 5 | Motion to Dismiss Involuntary Petition (related document(s)2) filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A – Proposed Order # 2 Exhibit B – Notice Party List) (Cunningham, John) (Entered: 07/14/2022) |

| | | | |
|---|---|---|---|
| 07/14/2022 | | 6 | Motion to Transfer Venue */ Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United State Bankruptcy Court for the District of Dalaware* filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R. with hearing to be held on 8/2/2022 at 10:00 AM at Courtroom 501 (DSJ) Responses due by 7/26/2022,. (Attachments: # 1 Exhibit A – Proposed Order # 2 Exhibit B – Notice Party List) (Cunningham, John) (Entered: 07/14/2022) |
| 07/14/2022 | | 7 | Declaration *of Robert Wagstaff in Support of (I) Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware and (II) Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition* (related document(s)6) filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A – Official Tax Identification Form # 2 Exhibit B – Credito USA's Delaware Certificate of Incorporation) (Cunningham, John) (Entered: 07/14/2022) |
| 07/14/2022 | | 8 | Declaration *of Juan Pablo Estrada Michael in Support of (I) Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware and (II) Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition* (related document(s)6) filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A – Mexican Order # 2 Exhibit B – Precautionary Measures Order) (Cunningham, John) (Entered: 07/14/2022) |
| 07/14/2022 | | 9 | Application for Pro Hac Vice Admission *for Jason N. Zakia* filed by Jason Zakia on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A – Proposed Order) (Zakia, Jason) (Entered: 07/14/2022) |
| 07/14/2022 | | | Receipt of Application for Pro Hac Vice Admission( 22–10842–dsj) [motion,122] ( 200.00) Filing Fee. Receipt number A15839293. Fee amount 200.00. (Re: Doc # 9) (U.S. Treasury) (Entered: 07/14/2022) |
| 07/14/2022 | | 10 | Application for Pro Hac Vice Admission *for Richard Kebrdle* filed by Richard Kebrdle on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A – Proposed Order) (Kebrdle, Richard) (Entered: 07/14/2022) |
| 07/14/2022 | | | Receipt of Application for Pro Hac Vice Admission( 22–10842–dsj) [motion,122] ( 200.00) Filing Fee. Receipt number A15839296. Fee amount 200.00. (Re: Doc # 10) (U.S. Treasury) (Entered: 07/14/2022) |
| 07/14/2022 | | 11 | Application for Pro Hac Vice Admission *for Jesse Green* filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A – Proposed Order) (Cunningham, John) (Entered: 07/14/2022) |
| 07/14/2022 | | | Receipt of Application for Pro Hac Vice Admission( 22–10842–dsj) [motion,122] ( 200.00) Filing Fee. Receipt number A15839303. Fee amount 200.00. (Re: Doc # 11) (U.S. Treasury) (Entered: 07/14/2022) |
| 07/14/2022 | | 12 | Notice of Hearing *on (I) Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition and (II) Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware* (related document(s)6, 5) filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., |

| | | | |
|---|---|---|---|
| | | | SOFOM, E.N.R.. with hearing to be held on 8/2/2022 at 10:00 AM at Courtroom 501 (DSJ) Objections due by 7/26/2022, (Cunningham, John) (Entered: 07/14/2022) |
| 07/15/2022 | | 13 | Order Signed on 7/15/2022 Admitting Jason N. Zakia to Practice Pro Hac Vice in this Court. (Related Doc # 9) (Calderon, Lynda) (Entered: 07/15/2022) |
| 07/15/2022 | | 14 | Order Signed on 7/15/2022 Admitting Richard Kebrdle to Practice Pro Hac Vice in this Court. (Related Doc # 10) (Calderon, Lynda) (Entered: 07/15/2022) |
| 07/15/2022 | | 15 | Order Signed on 7/15/2022 Admitting Jesse Green to Practice Pro Hac Vice in this Court. (Related Doc # 11) (Calderon, Lynda) (Entered: 07/15/2022) |
| 07/19/2022 | | 16 | Certificate of Service (related document(s)6, 5, 7, 8, 12) filed by John K. Cunningham on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Cunningham, John) (Entered: 07/19/2022) |
| 07/28/2022 | | 17 | Certificate of No Objection Pursuant to LR 9075−2 (related document(s)6) Filed by Philip Abelson on behalf of Credito Real, S.A.B. de C.V., SOFOM, E.N.R.. (Attachments: # 1 Exhibit A: Agreed Proposed Order # 2 Exhibit B: Redline Comparison of Proposed Order)(Abelson, Philip) (Entered: 07/28/2022) |
| 08/01/2022 | | 18 | Agreed Order Signed on 8/1/2022 Granting Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware. (Related Doc # 6) (Calderon, Lynda) (Entered: 08/01/2022) |