IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 15 |
| | ) | |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,[1] | ) | Case No. 22-10630 (JTD) |
| | ) | |
| Debtor in a Foreign Proceeding. | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| Credito Real, S.A.B. de C.V., SOFOM, E.N.R. | ) | Involuntary Case No. 22-10696 (JTD) |
| | ) | |
| Putative Debtor. | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 9, 2022 AT 2:00 P.M. (ET)**

> **THE REMOTE HEARING WILL BE CONDUCTED ENTIRELY BY ZOOM AND REQUIRES ALL PARTICIPANTS TO REGISTER IN ADVANCE. COURTCALL WILL NOT BE USED TO DIAL IN.**
>
> **PLEASE USE THE FOLLOWING LINK TO REGISTER FOR THE HEARING:
> https://debuscourts.zoomgov.com/meeting/register/vJIsc-ChrDMvHeImV8Amhtiy8B5kC5btOQU**
>
> **ONCE REGISTERED, PARTIES WILL RECEIVE AN EMAIL CONTAINING PERSONAL LOG-IN INFORMATION FOR THE HEARING.**

**I.    STATUS CONFERENCE:**

1. Verified Petition for Recognition of Foreign Main Proceeding [Chpt. 15 Docket No. 2 – filed July 14, 2022]

    Status: A status conference regarding briefing and scheduling in the chapter 15 case and the involuntary chapter 11 case will go forward

---

[1] The last four identifying digits of the tax number and the jurisdiction in which the Chapter 15 Debtor pays taxes is Mexico – 6815.  The Chapter 15 Debtor's corporate headquarters is located at Avenida Insurgentes Sur No. 730, 20th Floor, Colonia del Valle Norte, Alcaldía Benito Juárez, 03103, Mexico City, Mexico.

RLF1 27773928v.1

2. Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition [Chpt. 11 Docket No. 5– filed July 14, 2022]

<u>Status</u>: A status conference regarding briefing and scheduling in the chapter 15 case and the involuntary chapter 11 case will go forward

Dated: August 5, 2022

Respectfully submitted,

*/s/ Amanda R. Steele*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704
Amanda R. Steele (No. 4430)
920 North King Street
Wilmington, DE 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
collins@rlf.com
knight@rlf.com
heath@rlf.com
steele@rlf.com

*Co-Counsel to the Foreign Representative and the Putative Debtor*

**WHITE & CASE LLP**
John K. Cunningham (*pro hac vice* pending)
J. Christopher Shore (*pro hac vice* pending)
Philip M. Abelson (*pro hac vice* pending)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jcunningham@whitecase.com
cshore@whitecase.com
philip.abelson@whitecase.com

Richard S. Kebrdle (*pro hac vice* pending)
Jason N. Zakia (*pro hac vice* pending)
Jesse Green (*pro hac vice* pending)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
rkebrdle@whitecase.com
jzakia@whitecase.com
jgreen@whitecase.com

*Co-Counsel to the Foreign Representative and the Putative Debtor*