# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Crédito Real, S.A.B. de C.V., SOFOM, E.N.R. | Involuntary Case No. 22-10696 (JTD) |
| Putative Debtor. | **Objection Deadline: Aug. 26, 2022 at 4:00 p.m. (ET)**<br>**Hearing Date: Sept. 19, 2022 at 10:00 a.m. (ET)**<br>**Re: Docket No. 5** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on July 14, 2022, the putative debtor (the "**Putative Debtor**") in the above-captioned involuntary chapter 11 case filed the *Motion of the Putative Debtor to Dismiss the Involuntary Chapter 11 Petition* (the "**Motion**") with the United States Bankruptcy Court for the Southern District of New York (the "**SDNY Court**").[1] *See* Docket No. 5.

PLEASE TAKE FURTHER NOTICE that on August 1, 2022, the SDNY Court entered the *Agreed Order Granting Motion of the Putative Debtor to Transfer Venue of the Involuntary Chapter 11 Case to the United States Bankruptcy Court for the District of Delaware* [Docket No. 18] transferring the case to the United States Bankruptcy Court for the District of Delaware (the "**Court**").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing and filed with the Court on or before **August 26, 2022 at 4:00 p.m. (prevailing Eastern Time)**.

---

[1] Contemporaneously with the filing of the Motion, the Putative Debtor also filed two declarations (the "**Declarations**") in support of the Motion. The Declarations can be found on the docket of the above-captioned involuntary chapter 11 case at docket numbers 7 and 8.

PLEASE TAKE FURTHER NOTICE that if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before The Honorable John T. Dorsey, United States Bankruptcy Judge for the District of Delaware, at the Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801, on **September 19, 2022 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: August 12, 2022

Respectfully submitted,

*/s/ Amanda R. Steele*

| **RICHARDS, LAYTON & FINGER, P.A.** | **WHITE & CASE LLP** |
|---|---|
| Mark D. Collins (No. 2981) | John K. Cunningham (*pro hac vice* pending) |
| John H. Knight (No. 3848) | J. Christopher Shore (*pro hac vice* pending) |
| Paul N. Heath (No. 3704 | Philip M. Abelson (*pro hac vice* pending) |
| Amanda R. Steele (No. 4430) | 1221 Avenue of the Americas |
| 920 North King Street | New York, NY 10020 |
| Wilmington, DE 19801 | Telephone: (212) 819-8200 |
| Telephone: (302) 651-7700 | jcunningham@whitecase.com |
| Facsimile: (302) 651-7701 | cshore@whitecase.com |
| collins@rlf.com | philip.abelson@whitecase.com |
| knight@rlf.com | |
| heath@rlf.com | Richard S. Kebrdle (*pro hac vice* pending) |
| steele@rlf.com | Jason N. Zakia (*pro hac vice* pending) |
| | Jesse Green (*pro hac vice* pending) |
| *Co-Counsel to the Putative Debtor* | 200 South Biscayne Boulevard, Suite 4900 |
| | Miami, FL 33131 |
| | Telephone: (305) 371-2700 |
| | rkebrdle@whitecase.com |
| | jzakia@whitecase.com |
| | jgreen@whitecase.com |
| | |
| | *Co-Counsel to the Putative Debtor* |