**EXHIBIT A**

*Extended Curriculum Vitae of Luis Manuel C. Méjan*

### Dr. Luis Manuel C. Méjan.

Dr. Méjan has 54 years of legal and academic experience. He also has a Ph.D. from the National Autonomous University of Mexico, a Masters in Civic and Social Education, and a law degree from the Universidad Autónoma de Guadalajara. Additionally, he has completed an Executive Training Program on World Financial Systems in New York, USA, and a Postgraduate Course at the Southwestern Legal Foundation, presently the Center for American and International Law in Dallas, Texas, USA.

After four years of private law practice, Dr. Méjan joined Banco Nacional de México's Legal Department in 1970, and worked there for 30 years, occupying different positions. In his final position, he served as Executive Vice President - Legal Counselor to the CEO, Deputy Secretary of the Administrative Boards of Banco Nacional de México, S. A. and the Financial Group Banamex Accival, S. A. de C.V.

Since June 2000 and until December 2009, Dr. Méjan was Director General of Mexico's Federal Institute of Commercial Insolvency Specialists ("Instituto Federal de Especialistas Mercantiles" or IFECOM), which is an agency created by the Ley de Concursos Mercantiles, or "LCM" (the Mexican Law of Commercial Insolvency), and is in charge of the administration of insolvency proceedings, developing the rules of practice and procedures in the Mexican federal courts and establishing and overseeing the panel of insolvency professionals that will ensure the timely and effective implementation of the LCM. The LCM incorporates the UNCITRAL's Model Insolvency Law. In 2010, Dr. Méjan took a sabbatical year to conduct research on insolvency law at the University Pompeu Fabra in Barcelona.

Afterwards, he spent several years working for the Mexico City office of Haynes & Boone S.C. before leaving to start his own private practice as a business lawyer.

Currently, Dr. Méjan is and a part-time professor and researcher at the Instituto Tecnológico Autónomo de México's (ITAM) law school. He is also a member of the faculties at the Universidad Panamericana in Mexico, D. F. and in Guadalajara. In the academic field, Dr. Méjan has been a law professor since 1962 at different educational institutions.

Dr. Méjan has also lectured at several universities, professional schools and associations, service clubs, notary colleges and seminars, both in Mexico and abroad.

Dr. Méjan is or has been a member of various professional organizations, including, among others, chairman of the International Association of Insolvency Regulators; the Advisory Board of the Institute for Transnational Arbitration in Dallas, Texas; the Customers' Board of Legal INFOSEL (an on-line resource for Mexican lawyers); the

Compliance and Ethical Committee of the Mexican Derivatives Exchange (MexDer); the Legal Group of the Year 2000 National Conversion Commission; the Asociación Nacional de Abogados de Empresas, A. C. (National Association of Company Lawyers); the Barra Mexicana Colegio de Abogados. (Mexican Bar - Lawyers' Association); the Academia Mexicana de Derecho Financiero; the Instituto Iberoamericano de Derecho Concursal; the Instituto Iberoamericano de Derecho y Finanzas; INSOL International.; the American Bankruptcy Institute; the International Insolvency Institute where he served for two periods as member of the Board of Directors and the American College of Bankruptcy where he is a fellow and chair of the International Nominating Committee

Dr. Méjan has been a member of the Mexican Delegation to the UNCITRAL's Working Group V on insolvency law since 2004. Since his appointment to IFECOM in 2000, he has also been a member of the World Bank's Task Force on Insolvency and Creditor's Rights, for which he has attended meetings in Washington DC, Brasil (2001 and 2004), Capetown (2007), Vancouver (2009), and Dubai (2010). He has been a consultant with respect to specific projects of the World Bank Group, including, among others, an analysis of insolvency professional systems in Peru in 2010.

Dr. Méjan is a father of four and lives in México City.

List of Publications:

**BOOKS**

"**El Secreto Bancario**" Federación Latinoamericana de Bancos,
1984

second edition: Editorial Porrúa, S.A. 1998; third edition, Editorial Porrúa, S.A. 2000.

"**La Transferencia Electrónica de Fondos. Aspectos Jurídicos** Fomento Cultural Banamex, 1990.

"**El Derecho a la Intimidad y la Informática**", Editorial Porrúa S.A. 1994. (two editions) .

"**Competencia Federal en materia de Concursos Mercantiles",** Suprema Corte de Justicia de la Nación 2001.

"**Contratos Civiles. Ayuda de Memoria",** Editorial Oxford, S.A. México, 2004.

"**El Instituto Federal de Especialistas de Concursos Mercantiles"** Consejo de la Judicatura Federal, 2004.

"**Obligaciones Civiles. Ayuda de Memoria",** Editorial Oxford, S.A. México, 2005.

"**Sistema Financiero Mexicano**" Editorial Porrúa S.A.

3

2008. (published version of the PhD Thesis)

**"Concursos Mercantiles. Ayuda de Memoria"** Editorial Oxford, S.A. México 2010.

**Instituciones Esenciales del Derecho de la Insolvencia.**

Editorial Tirant Lo Blanch. Mexico – Valencia, 2012

**"Concursos Mercantiles. Ayuda de Memoria" 2ª edición** Editorial Oxford, S.A. México 2010.

**Agenda Concursal.** Editorial Tirant Lo Blanch, México 2014

**Agenda Bancaria.** Editorial Tirant Lo Blanch, México 2018

**Develación de la personalidad Jurídica y su Impacto en Insolvencias.** Juntamente con Gonzalo García Velasco. Editorial Tirant Lo Blanch, México, 2019

**Agenda Concursal Segunda Edición.** Editorial Tirant Lo Blanch, México 2020.

**GPS Concursal. Guía Profesional.** Editorial Tirant Lo Blanch, México 2022.

### CHAPTERS IN BOOKS

**Triggering the insolvency proceedings.** In Bankruptcy's Universal Pragmatist. University of Michigan. 2021.

**Debt Restructurings and Corporate insolvencies,** In Law and Financial Stability. International Monetary Fund, 2020.

**Una Visión Mexicana de la Directiva 2019/1023 de la Unión Europea sobre Reestructuras.** En La Directiva de la UE 1023/2019 sobre Insolvencia (Estudios desde Diferentes Ordenamientos). Tirant Lo Blanch, españa. 2020

**Designación del titular del Instituto Federal de Especialistas de Concursos Mercantiles.** En Organización y Funcionamiento de la Suprema Corte de Justicia de la Nación. Tirant Lo Blanch, 2020

**Escenario del deudor persona natural en México.** Estudios de Derecho Concursal. Universidad de Montevideo 2020

**México.** En Collier International Business Insolvency Guide. Lexis Nexis. 2019.

**"Consentimiento", "Daño Moral", "Grupo Empresarial", "Relación Jurídica". E**n Diccionario de protección de Datos Personales. 2019.

4

**Un régimen de Insolvencia de los consumidores en México. En** Il sovraindebitamento del consumatore negli ordinamenti di matrice latina e nel "modello" statunitensi. Pacini Giuridica, 2019.

**La Modernización del Derecho Mercantil en México.** En La Modernización del Derecho Mercantil. Marcial Pons. 2019

**México.** En: Münchener Kommentar zur Insolvenzordnung. CHBeck. 2019

**Deberes de los administradores en el período cercano a la insolvencia.** En: Las reestructuraciones de las sociedades de capital en crisis.2019

**La Responsabilidad Contractual** in RAFAEL ROJINA VILLEGAS ESTUDIOS DE DERECHO CIVIL HOMENAJE Editorial Porrúa SA de CV, 2018

**El abogado en el sistema financiero.** In José Luis de la Peza. Un retrato del jurista, maestro y juez electoral José Luis de la Peza. Tribunal Electoral del Poder Judicial de la Federación, 2018

**Fideicomiso y Concurso .** In Estudios de Derecho Concursal. Diez años de la Ley de Concursos y Reorganización Empresarial Editorial: La Ley 2017

**La Reforma Financiera Comentada.** In EL CONCURSO MERCANTIL DE LAS INSTITUCIONES FINANCIERAS Editorial: NACIONAL FINANCIERA S.N.C. 2015

**La Justicia Social en el Constituyente de 1917. In** *Centenario de la Constitución de 1917. Reflexiones del derecho internacional privado.* Editorial UNAM, 2017

**APUNTES PARA UN RÉGIMEN DE INSOLVENCIA PARA LAS MICROEMPRESAS.** In Libro Homenaje al Profesor Emilio Beltrán, Instituto Iberoamericano de Derecho Concursal. 2014

**El Padre Pródigo.** In *Azuela Vs. Azuela.* Compilator: Mariano Azuela Güitrón.
Instituto Mexicano de Doctrina Social Cristiana. México, 2007

**Concepto de Unidad Económica para los Acreedores de una Empresa en Concurso Mercantil que forman parte de un grupo empresarial** in

*Seguridad Jurídica: Diagnóstico y Propuestas.* Barra Mexicana Colegio de Abogados. Editorial Themis. México, 2006.

**Concurso de un Grupo de Sociedades** in *Teoría del Derecho y Dogmática Jurídica Contemporáneas.* Coordinadores Roberto del Cueto *et al*. Editorial Porrúa. Instituto tecnológico Autónomo de México. México 2005.

**Un Análisis de la Administración de la Justicia en la Materia Concursal (Normas Procsales de la Ley de Concursos Mercantiles)** *in Diagnóstico y propuestas Sobre*

5

*los Sistemas de Impartición de Justicia en México.* Barra Mexicana Colegio de Abogados. Editorial Themis. México, 2004

**La Legislación en México sobre Delitos Informáticos** en *Transición Demócrática y Protección a los Derechos Humanos. Avances Tecnológicos de los Derechos Humanos.* Comisión Nacional de los Derechos Humanos. México 2004.

**Ingreso a la Carrera Judicial** in *Cartas a un Juez.* Suprema Corte de Justicia de la Nación. México , 2001

**La Asesoría Jurídica de una Empresa. Equilibrio entre el uso de abogados internos y Externos en una Empresa.** In *Manual del Abogado de Empresa.* Asociación Nacional de Abogados de Empresa, A.C. México DF, México 1999.

**La Justicia en México con Miras al Siglo XXI** in *México en la Década de los 90.* Banco Nacional de México. Estudios Económicos y Sociales. México. 1993.

## INTRODUCTIONS TO BOOKS BY OTHERS

HAMDAN AMAT, FAUZI. *Derecho Concursal Mexicano.* Editorial Oxford. Escuela Libre de derecho. México, 2011

ROBLES FARÍAS, DIEGO. *Teoría General de las Obligaciones.* Editorial Oxford. México 2011. GARCÍA MALDONADO, MIGUEL. *Cuentos de Familia.* Scripta/ Cuatro Vientos. México, 2011

DE SILVA NAVA, CARLOS. *Curso de Derecho Constitucional.* Suprema Corte de Justicia de la Nación. México 2010.

BUCIO ESTRADA, RODOLFO Y ALDO CASASA ARAUJO, *Concursos mercantiles, Procesos y procedimientos en México*, Porrúa, México, 2006.

GARCÍA SAIS FERNANDO. *Derecho Concursal mexicano.* Editorial Porrúa. México 2005

QUINTANA ADRIANO, ELVIA ARCELIA, *Concursos mercantiles. Doctrina, ley, jurisprudencia*, Porrúa, México, 2004.

MENDOZA MARTELL, PABLO. *El interés financiero, evolución histórica y situación actual.* Editorial Tirant Lo Blanch, 2021

LUCIO DECANINI, FEDERICO. *El Convenio Concursal.* Editorial Tirant Lo Blanch 2020.

## COMPILATIONS

***Normatividad. Concursos mercantiles.*** Poder Judicial de la Federación, México, 2003

***Ley Laboral Bancaria Comentada.*** Edición privada, México 1988.

*Impuesto sobre Nóminas.* Edición privada, México 1995.

**ARTICLES IN MAGAZINES**

*Insolvency Law after the COVID-19 pandemic.* **European Journal of Commercial Contract Law.** Nº 1 Vol 14. 2022

*Regla de la prioridad absoluta,* **Diritto della banca e del mercato Finanziario.** 1/2020, Anno XXXIV, 2020

*El Concurso Mercantil en situaciones de emergencia.* **El Mundo del Abogado.** Año 22, No. 254, 2019.

*El inicio de los procedimientos concursales.* **Anuario de Derecho Concursal.** No 46 Enero.abril 2019. España.

*La interelación del Derecho Concursal y el Financiero.* **Tiempo de Derechos.** No. 11 año 1, México. 2019

*Reforma al régimen civil de las obligaciones en el Código Civil Francés.* **Perspectiva Jurídica.** Nº.12, semestre 1, 2019

*Agrupación de empresas y sociedades.* **Perspectiva Jurídica.** Nº.11, 2018

*Guía de la CNUDMI para el registro de empresas.* **Tiempo de Derechos.** No. 6 año 1, México. 2018

*Triggering the Insolvency proceedings.* **Norton Journal of Bankruptcy Law and Practice.** Nº 5, Vol 27, 2018

*Executory Contracts in Mexican Insolvency.* **Mexican Law Review.** Nº 1, Vol XI, 2018

*Un regimen de insolvencia de los consumidores en México.* **Revista del Instituto Iberoamericano de derecho Concursal.** Nº III, Vol. 15, 2017

*La Conservación de los valores en la quiebra.* **Studi Senesi** Nº CXXVIII, Vol. III Serie LXV, 2016

*El balance de intereses entre las partes en un proceso concursal la situación de los accionistas.* **Estudios de Derecho Empresarial.** Nº II, Vol. Especial 10, 2016

*Las reestructuras empresariales y el concurso mercantil.* **Perspectiva Jurídica.** Nº 07, Vol. Año 4, 2016

*Un regimen de insolvencia de los consumidores en México.* **Estudios de derecho Empresario.** Nº II, Vol. Especial 10, 2016

7

*La responsabilidad de los administradores de empresas en insolvencia.* **Perspectiva Jurídica.** Vol 1 año 2 2015

*El tratamiento del concurso mercantil en un grupo de sociedades,* **Perspectiva Jurídica.** Año 3 2015

*La reforma concursal o como se aprovechan, y no, las experiencias* **Abogado Corporativo.** Vol IX, 2015

*Las Reformas De La Ley De Concursos Mercantiles Mexicana* **Anuario de Derecho Concursal,** 2015

*A Guide to Navigating Mexican Insolvency for U.S. Creditors.* **Texas Lawyer.** February 20, 2012.

*¿Suspensión De Un Concurso Mercantil?.* **El Mundo del Abogado.** November 1, 2011.

*Cross Border Insolvency in Mexico.* **Norton Journal of Bankruptcy Law and Practice.** Volume 20, No. 5, Art. 4. November 2011.

*Liquidez.* Sección: Concursos Mercantiles Solución para empresas con dificultades de liquidez. **Fortuna, Negocios y Finanzas.** Año 8 Nº 101. Julio 2011.

*El Supuesto para solicitar un Concurso Mercantil* Sección: Concursos Mercantiles Solución para empresas con dificultades de liquidez. **Fortuna, Negocios y Finanzas.** Año 8 Nº 100. Julio 2011.

*Concurso mercantil con Plan de Reestructura.* Sección: Concursos Mercantiles Solución para empresas con dificultades de liquidez. **Fortuna, Negocios y Finanzas. Año 8 Nº 99 Abril 2011**

*Concurso mercantil de Grupos de Empresas* **Abogado Corporativo.** Asociación Nacional de Abogados de Empresa A.C. Enero Febrero 2011

*Los Regímenes de la Insolvencia ante la Crisis Financiera Global.* **Abogado Corporativo.** Asociación Nacional de Abogados de Empresa A.C. Mayo Junio 2010

*La Importancia del Tiempo en el Concurso Mercantil.* **El Mundo del Abogado.** Año 13 Nº 139, Abril 2010

*La Importancia del Concurso Mercantil.* **El Mundo del Abogado.** Año 11 Nº 120, Abril 2009

*Experiencia y Futuro de la Insolvencia Transfronteriza en México.* **Abogado Corporativo.** Asociación Nacional de Abogados de Empresa A.C. Marzo Abril 2009

*Herramientas Normativas aplicables al Derecho Concursal.* **Abogado Corporativo.** Lexis Nexis. Asociación Nacional de Abogados de Empresa A.C. Nº 2 Octubre Noviembre 2007

*El Régimen Aplicable a los Contratos.* **Revista de Derecho Concursal y Paraconcursal.** La Ley. Grupo Wolters Kluwer.

Madrid, España. Monografía 5/2006 sobre la Guía Legislativa de UNCITRAL sobre el Régimen de la Insolvencia. 2006

*No más quiebras.* Entrevista por Ileana Moreno Ramírez. **El Mundo del Abogado.** Año 8 Nº 84. Abril 2006

*Concurso mercantil: ¿Derechos Laborales en Conflicto?* **IDC. Información Dinámica de Consulta.** Grupo Editorial Expansión, Año XIX 3ª Época, junio de 2005.

*La ley de Concursos Mercantiles Mexicana.* **Revista De Derecho Comparado.** Revista de derecho Privado y Comunitario S.A.. Buenos Aires, Argentina. Número 8, 2004

*La Ley de Concursos Mercantiles Mexicana.* **Revista Académica.** Facultad de Derecho de la Universidad La Salle México, DF,México. Año II Nº 3 Julio 2004

*Contribuciones del Instituto Federal de Especialistas de Concursos Mercantiles.* **Memoria del Ciclo de Mesas redondas conmemorativas del Octavo Aniversario del Consejo de la Judicatura Federal.** Poder Judicial de la Federación. México. 2003.

*Solución a la falta de Solvencia Económica de las empresas: El Concurso Mercantil.* Entrevista. **IDC. Información Dinámica de Consulta.** Grupo Editorial Expansión, Año XV 3ª Época, noviembre de 2002.

*La Ley de Concursos Mercantiles a la Luz del Derecho Internacional privado.* **Revista Mexicana de Derecho Internacional Privado y Comparado.** Academia Mexicana de Derecho Internacional Privado y Comparado. Nº 12 Octubre 2002.

*Justicia por Medios Electrónicos.* **Política Digital.** Nexos. Nº 5, Agosto Septiembre 2002

*El Instituto Federal de Especialistas de Concursos Mercantiles.* **Contaduría Pública.** Instituto Mexicano de Contadores Públicos, A.C. Año 30, Nº 359, Julio 2002

*El Derecho a la Privacidad. .* **Política Digital.** Nexos Nº 3 abril mayo 2002

*The Instituto Federal de Especialistas de Concursos Mercantiles (IFECOM) of Mexico.* **United States-Mexico Law Journal** The University of New Mexico School of Law. Albuquerque, New Mexico, USA. Volume 10, Spring 2002

*The Genesis, Structure and Projection of the New Mexican Insolvency Law.* **Connecticut Journal of International Law** University of Connecticut. Hartford, Con, USA. Volume 17, Nº 1. Fall 2001.

*Beneficios y Expectativas de la Ley de Concursos Mercantiles.* **TepanTlaTo.** Instituto de Ciencias Jurídicas de Egresados de la UNAM Campus Aragón. A.C. Época 2, Nº 11. 2001

----------**Ejecutivos de Finanzas.** Año XXX Nº 6, Junio 2001

*La Agrupación de Sociedades y los Grupos Financieros.* **Ars**

9

**Juris.** Universidad Panamericana**.** México, DF. México Nº 26, 2001

*Génesis, estructura y proyección de la Ley de Concursos Mercantiles.* **ANADE.** Asociación Nacional de Abogados de Empresa AC.Volúmen 20, Año XI, Mayo 2001.

*Interview about The Federal Institute of Commercial Insolvency Specialists, by* Josefina Fernández Mc Evoy. **Global Insolvency & Restructing Review. London UK,** January/February 2001

*La Ley de Concursos Mercantiles y El Sector Financiero.* **Anuario Financiero de la Banca en México.** Asociación de Bancos de México. México DF, México 2000

*La Legislación del Comercio Electrónico.* **Contaduría Pública.** Instituto Mexicano de Contadores Públicos, A.C. Año 28, Nº 334, Junio 2000.

*La Legislación de Garantías.* **Anuario Financiero de la Banca en México.** Asociación de Bancos de México. México DF, México 1999

*La Legislación de Comercio Electrónico.* **Anuario Financiero de la Banca en México.** Asociación de Bancos de México. México DF, México 1999

*Comercio Electrónico. Aspectos Legales.* **Boletín Jurídico.**Banco Nacional de México, S.A. Ejemplar 9, Volumen 4, Época 2, Septiembre 1999.

*Tecnología, Lavado de Dinero y Cooperación Internacional.* **Revista ANADE.** Asociación Nacional de Abogados de Empresa, A.C. Volúmen 16, Año 9, Abril de 1999

*Ley Federal de Garantías. Una explicación sobre su contenido y Alcances.* **Anuario Financiero de la Banca en México.** Asociación de Bancos de México. México DF, México.*1998*

*Nuevas Tendencias y modalidades Delictivas.* **Anuario Financiero de la Banca en México.** Asociación de Bancos de México. México DF, México. 1998

*Resolviendo Contradicción de Tesis. ¿Acierto o Desacierto en el Fallo de la Corte?* **Lex. Difusión y Análisis.** 3era época, Año III, Número 27. Septiembre 1997. **Boletín Jurídico** Banco Nacional de México. Ejemplar 9, Volúmen 2, Época 2, Septiembre de 1997.

*El Secreto Bancario*. **Anuario Financiero de la Banca en México.** Asociación de Bancos de México. México DF, México   . 1997

*La Contratación por Medios Electrónicos del Sistema Financiero Mexicano.* Año 7 Nº 21, **Revista de Derecho Privado.** Instituto de Investigaciones Jurídicas UNAM México DF, Mexico. Septiembre.Diciembre 1996.

*Apuntes para una Teoría de un Contrato.* **Revista de Investigaciones Jurídicas.** Escuela Libre de Derecho. Nº 20,

1996

*Interpretando la Constitución. Los Sofismas de un Ministro.* **Revista de Investigaciones Jurídicas.** Escuela Libre de Derecho. Nº 19, 1995

*La Formación del Consentimiento por Medios Electrónicos*. **Ars Juris.** Universidad Panamericana. México, DF. México. Nº 14 1995

*La Justicia en México en el Nuevo Siglo XXI.* **Enlace Universitario.** Revista de la Sociedad de Alumnos de la Universidad Panamericana. Año1 Nº 4, Noviembre 1992

*La Transferencia Electrónica de Fondos* **Ars Juris.** Universidad Panamericana.
México, DF. México. Nº 2, 1989

**Column "Legal Window"**

Articles written for Legal Infosel / Terra, an internet site for lawyers, delivered weekly and then biweekly. Commentary on breaking news from the point of view (window) of a lawyer.

**1998:**
*Un Ombudsman Financiero.*
*Ley de Protección al Ahorro Bancario.*
*Delitos sobre Instrumentos de Crédito.*
*Los Abogados en el Teletón*
*La Concertación, el Derecho y Maquiavelo.*
*Los Excesos de la Democracia.*
*La Legalidad, la Justicia y la Equidad.*
*2ª Parte. La Legalidad, la Justicia y la Equidad*
*Aspectos Legales Del Problema Del Año 2000.*
*Y2K La Economía Informal.*
*Una Golondrina y el Anatocismo.*
*El Lavado de Dinero*
*¿Qué Deben Hacer los Abogados?*
*El Caso Clinton en México.*
*El Informe y el abogado.*
*Otra vez una Manifestación.*
*Un Delincuente, el Procurador, la Pena de Muerte y la Justicia Propia*
*El Comercio Electrónico*
*Secreto Bancario, Fobaproa y un Partido Político.*
*El Antijurídico Interés Legal.*
*La Seguridad en la Constitución.*
*Violencia e Inseguridad.*
*La Suprema Corte de Justicia Los Cheques*
*El Mundial de Fútbol y los Abogados.*
*Los Ambulantes y el Anatocismo*
*Huelga*
*El Abogado y la Opinión Pública*
*Reflexiones sobre FOBAPROA Anatocismo y refinanciamiento*
*Anatocismo y refinamiento.*

*Los eventos jurídicos del siglo XX.*
*Un Presidente de un Supremo Tribunal de Justicia reflexiona.*
*Accidentes Automovilísticos*
*Plebiscito y Consulta.*
*La coercibilidad de la norma jurídica.*
*La seguridad jurídica.*
*El Petróleo.*
*La Jornada Laboral, la Protección al Consumidor y la Ley Indigenista.*
*Las Autoridades, la Supervisión y la Regulación de la Banca.*
*¿Está el Derecho rebasado por la delincuencia, la inestabilidad y*
*... La Masacre en Chiapas*
*Una manifestación*

### 1999
*¿Justicia? Vs. Secreto Bancario*
*Los Delitos de Cuello Blanco*
*Los Litigios por el año 2000.*
*Municipio.*
*La Suprema Corte de Justicia se Refuerza.*
*La UNAM, Paco Stanley y el Derecho.*
*La Ley Federal de Garantías.*
*El IPAB y la Caldera del Club. Cáscara vs. Marcha*
*Otra vez el Secreto Bancario.*
*¿Quién es el que Verdaderamente Legisla?*
*¡Arriba (?) los Estudiantes!*
*Pendientes del Congreso en Materia Financiera..*
*¿Llega el TLC a la Suprema Corte de Justicia? Las Auditorías de Fobaproa.*
*Las Leyes Imperfectas de Nuestro Congreso. La Muerte de Tres Universitarios Dos Veces La Retroactividad y el Control de los Bancos. Las Nuevas Acciones Serie "O", ¿ Ya Existen? Los Delitos Irracionales*
*Impeachment e Informe Presidencial Los Maestros que No Saben Derecho San Silvestre en el Derecho.*
*El Pensamiento del Presidente de la Corte. Una Nueva Ley de Quiebras.*
*La Ley, sin querer, ayudó a los delincuentes. Los vicios ocultos en y del Código Civil..*
*Los Bancos Extranjeros y los Fideicomisos.*
*Dos despojos: el de la UNAM y el de una casa habitación.*
*Legislación de Comercio Electrónico.*
*La ética en los negocios. El Estado de Derecho.*
*La Corte da otro golpe a la cultura del no pago. Ley de Concursos Mercantiles.*
*Nueva Cultura Laboral*
*La Firma Autógrafa y la Firma Digital. Administración de Justicia en México. Los Próximos 60 años de Internet.*
*El Mandato Irrevocable es Revocable.*
*¿Es cierto que la I.P. rechaza el Comercio Electrónico? La C.N.B.V. y su nueva página de normatividad.*
*Los Autos Chocolate y Montesquieu. La Competencia Concurrente El Registro Público de Comercio.*

***La Autoridad ignora el Derecho.¡Basta!***

**2000 and 2001**
*Kosovo, la UNAM y Chiapas. ¿Misma solución?*
*La Legislación de Garantías. I*
*La Legislación de Garantías. II*
*Cancelado el Instituto del Registro Público de la Propiedad.*
*¿Los Bancos contra Condusef?*
*¿Un nuevo Código Civil?*
*El Anatocismo vuelve a engañar al público. Positivismo Jurídico en el Código Civil*
*Ramón Sánchez Medal. Delitos Informáticos*
*Rousseau, Fox, Hobbes, Labastida y colegas*
*El Proceso Legislativo del Comercio Electrónico. La nueva figura del fideicomiso de garantía.*
*El Proceso Legislativo del Comercio Electrónico.*
*El Instituto Federal de Especialistas de Concursos Mercantiles.*
**Las Listas de Fobaproa**
*La Vacatio Legis de los Concursos Mercantiles.*
*La Defensoría de Oficio.*
*Las Elecciones y el Derecho. La agenda jurídica de Fox.*
*"El Derecho que Tenemos: La Justicia que Esperamos."*
*Un acto jurídico nuevo: la declaración de ser Presidente Electo.*
*¿Un nuevo congreso constituyente?*
*La medalla de oro de las cajas de ahorro. La reestructura de la regulación financiera.*
*Los escándalos y el Derecho*
*¿Una nueva Ley de Amparo? Los Congresos Jurídicos.*
*Elecciones y reacciones*
*La transferencia de poder y el Derecho.*
*Concurso Mercantil ¿Jeopardy, Oca o Quiebra?*
*Las brujas, sus cazadores y los abogados de ambos. El Niño Jesús y los abogados.*
*Marcos y Cía ¿en el Congreso?*
*¿Quiere Ud. que se sepa*

*cuánto debe usted?.*
*¡Ya volvió a suceder!...*

*Inversión extranjera en la banca. La memoria de los abogados*

*Populismo y Derecho*
*Dos Consejeros que escriben.*
*Un abogado oye la respuesta al informe. La Fuerza Mayor se pone de moda.*
*Un abogado y un artista: Pereznieto.*

*2002*
*El Euro*
*Ombudsman en las empresas. Las quiebras se ponen de moda.*
*¿Dan las moratorias seguridad jurídica? La Corte NO autorizó el aborto.*
*Protección del derecho a la intimidad*
*¿Por qué la intimidad es importante? (*)*
*Ley sobre la circunsición y astringencia legislativa. Tres elecciones de partidos. Tres sistemas.*
*Reflexión sobre la Justicia en Semana Santa*
*¿Qué es "Estado de Derecho"?*
*La Corte en el Estado de Derecho El TRIFE opina de Secreto Bancario*
*D.F. vs. Banca*
*Los malos maestros. Dos años de Concursos Mercantiles Una Escuela de Derecho Ideal*
*El Mundial de Fútbol y los Abogados. Sic Transit Gloria Mundi*
*Un nuevo derecho*

*corporativo*
*El fracaso del derecho*
*frente a la democracia.*
*Chiapas sin abogados*

*2003*
*Legítima defensa*
*Dénle oportunidad a la*
*lógica de los abogados.*

**TV PROGRAMS**

During 2008 and 2009, conducted Television Program "Insolvency", 24 interviews with experts in bankruptcy law in the Judiciary Channel sponsored by the Federal Judiciary Council.

During 2015 and 2016 he directed the television program "Háblame Derecho" of the Mexican Bar Association. Format: 62 interviews (one hour each) with experts on legal issues, on the different topics of legal content on the topics suggested and addressed by the various Commissions that make up the Bar.

**DOCTORAL THESIS DIRECTED**

PEÑA BRISEÑO, VÍCTOR *La necesaria regulación en México del concurso mercantil de los grupos empresariales.* Universidad Panamericana. 2012

ROMO VALDOVINOS, IVÁN, *La necesaria evolución de la empresa mercantil en México para lograr su conservación.* Instituto de Investigaciones Jurídicas. UNAM. 2019

ROJAS VÉRTIZ, ROSA MA. *Un procedimiento de insolvencia eficaz para personas físicas en México.* Instituto de Investigaciones Jurídicas. UNAM. 2020

ARRIAGA CRUZ ANA LUISA, *Compliance corporativo en México: regímen jurídico e importancia de la figura del compliance officer* . División de Posgrado. Facultad de Derecho UNAM, en proceso

DE ERICE, MIGUEL B. *Alternativas para la realización de proyectos de inversión público privada en México* División de Posgrado. Facultad de Derecho UNAM, en proceso

15