**EXHIBIT B**






















**MEJAN CARRER**
Mr Luis Manuel
**MEXICO ADVISER**
25 Apr 2014

**MÉJAN CARRER Luis Manuel C**
Mexico
21/11/2014
**UNCITRAL Working Group I**

**MEJAN Luis Manuel**
Mexico
19/12/2014
**UNCITRAL WG.V (Insovency)**

**MEJAN CARRER**
Mr Luis Manuel
**MEXICO ADVISER**
29 May 2015






**MEJAN CARRER Luis Manuel C.**
Mexico
18/12/2015
**UNCITRAL Working Group V (Insolvency Law)**

**MEJAN CARRER**
Mr. Luis Manuel
**MEXICO ADVISER**
06 May 2016

**MEJAN CARRER Luis Manuel**
Mexico
16/12/2016
**UNCITRAL Working Group V (Insolvency)**

**MEJAN CARRER**
Mr. Luis Manuel
**MEXICO ADVISER**
16 Mar 2018






**CAMP MEJAN CARRER**
Mr. Luis Manuel
**MEXICO ADVISER**
11 May 2018

**Mejan Carrer Luis Manuel**
Mexico
14/12/2018
**UNCITRAL WG V (Insolvency Law)**

**Mejan Luis Manuel C.**
IIDC
14/12/2018
**UNCITRAL WG V (Insolvency Law)**

**CAMP MEJAN CARRER**
Mr. Luis Manuel
**MEXICO ADVISER**
31 May 2019



**Mejan Carrer Luis Manuel**

Mexico

06/12/2019

UNCITRAL Working Group V (Insolvency Law)



**Mejan Luis Manuel C.**

IIDC

06/12/2019

UNCITRAL Working Group V (Insolvency Law)