# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Crédito Real, S.A.B. de C.V., SOFOM, E.N.R.,<br><br>Putative Debtor.[1] | Chapter 15/ Chapter 11<br><br>Case No. 22-10630 (JTD)<br>**Re: D.I. 2**<br><br>Case No. 22-10696 (JTD)<br>**Re: D.I. 5, 55, 57** |

## NOTICE OF DEPOSITION OF ALEJANDRO SAINZ

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 26 and 30 made applicable by Rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and Rule 7030-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Bankruptcy Rules**"), Robert Wagstaff, by and through his undersigned counsel, will take the deposition upon oral examination of Alejandro Sainz at 1:30 p.m. EST on September 23, 2022, which will be conducted virtually via Zoom video conference or another video conference service using dial-in information to be provided. The examination shall continue day to day until concluded in accordance with applicable laws and rules.

The deposition will be taken in accordance with the Federal Rules of Civil Procedure, Bankruptcy Rules, and the Local Bankruptcy Rules. The deposition will proceed before a notary public or other person authorized by law to take depositions and administer oaths, and will be recorded by stenographic and videotape, audio, audio visual and/or real-time computer

---

[1] The Putative Debtor's corporate headquarters is located at Avenida Insurgentes Sur No 730, 20th Floor, Colonia Del Valle Norte, Alcadía Benito Juárez, 03103, Mexico City, Mexico.

RLF1 27964575v.1

technology by an employee of Veritext, with offices at 330 Old Country Road, Suite 300, Mineola, NY 11501.

Dated: September 20, 2022
      Wilmington, Delaware

/s/ *Amanda R. Steele*

**RICHARDS, LAYTON & FINGER, P.A.**

Mark D. Collins (No. 2981)
John H. Knight (No. 3848)
Paul N. Heath (No. 3704
Amanda R. Steele (No. 4430)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
collins@rlf.com
knight@rlf.com
heath@rlf.com
steele@rlf.com

*Co-Counsel to Petitioner and Foreign Representative*

**WHITE & CASE LLP**

John K. Cunningham (admitted *pro hac vice*)
J. Christopher Shore (admitted *pro hac vice*)
Philip M. Abelson (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8200
jcunningham@whitecase.com
cshore@whitecase.com
philip.abelson@whitecase.com

Jason N. Zakia (admitted *pro hac vice*)
111 S. Wacker Drive, Suite 5100
Chicago, IL 60606
Telephone: (312) 881-5400
jzakia@whitecase.com

Richard S. Kebrdle (admitted *pro hac vice*)
Jesse Green (admitted *pro hac vice*)
200 South Biscayne Boulevard, Suite 4900
Miami, FL 33131
Telephone: (305) 371-2700
rkebrdle@whitecase.com
jgreen@whitecase.com

*Co-Counsel to Petitioner and Foreign Representative*