# CERTIFICATE OF SERVICE

I, Robert C. Maddox, hereby certify that copies of the foregoing *Notice of Deposition of Alejandro Sainz* were caused to be served on September 20, 2022 upon the following in the manner indicated:

## VIA ELECTRONIC MAIL

POTTER ANDERSON & CORROON LLP
Christopher M. Samis (No. 4909)
L. Katherine Good (No. 5101)
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801-3700
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: csamis@potteranderson.com
Email: kgood@potteranderson.com

-and-

AKIN GUMP STRAUSS HAUER & FELD LLP
Ira S. Dizengoff (admitted pro hac vice)
David H. Botter (admitted pro hac vice)
Abid Qureshi (admitted pro hac vice)
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: idizengoff@akingump.com
Email: dbotter@akingump.com
Email: aqureshi@akingump.com

-and-

James Savin (admitted pro hac vice)
Kevin Eide (admitted pro hac vice)
Alexander F. Antypas (admitted pro hac vice)
2001 K Street NW
Washington, DC 20006
Telephone: (202) 887-4000
Facsimile: (202) 887-4288
Email: jsavin@akingump.com
Email: keide@akingump.com
Email: aantypas@akingump.com

*s/ Robert C. Maddox*
Robert C. Maddox (No. 5356)